JUSTICE MORRIS,
specially concurring.
¶25 I join in the Court’s decision because the facts do not warrant our exercise of equitable powers. I write separately to reiterate that we rejected in Weidow “any one-size-fits-all approach” when addressing a limitations period. Weidow, ¶ 28. Equity allows courts to evaluate the circumstances and reasons for why a party failed to comply with a limitations period. Weidow, ¶ 28. This equitable power proves particularly critical when a limitations period would deprive a party of his rights and where, simultaneously, enforcing the limitations period would serve no policy purpose. Weidow, ¶ 28. Equity ensures just results in exceptional circumstances. Cringle, ¶ 18.
JUSTICE WHEAT joins in the special concurring Opinion of JUSTICE MORRIS.